# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | | |
|---|---|---|
| FAWZY AMER DEGHEDY, | ) | CIVIL NO. 3:12-CV-00048-TJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VIZTEK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants renewed their oral Motion for Judgment as a Matter of Law (Doc. 195) during trial on September 18, 2014. Plaintiff orally resisted the motion. The basis of the motion and plaintiff's resistance were noted on the record. Additionally, defendants filed a supplemental memorandum in support of their motion (Doc. 191) on October 3, 2014. The Court reserved ruling on defendants' motion until after the jury verdict was returned.

The jury verdict was returned on September 26, 2014 (Docs. 187 and 188). The jury found in favor of defendants with respect to plaintiff's breach of contract claim, breach of the implied covenant of good faith and fair dealing claim, and breach of implied contract/quantum meruit claim and unjust enrichment claim against Defendant Abdel-Malek. The jury found in favor of plaintiff with respect to plaintiff's breach of implied contract/quantum meruit claim against Defendant Vizek, Inc., and his unjust enrichment claim against Viztek, Inc. and Cyber-Anatomy, Inc. Additionally, the jury found in favor of defendants on all of their counterclaims, except the claim of intentional interference with contract. (Docs. 187 and 188.)

The Court hereby denies defendants' Motion for Judgment as a Matter of Law. The parties may present any remaining legal issues for the Court's consideration in their post-trial motions.

**IT IS SO ORDERED.**

**DATED** this 20th day of November, 2014.

_____
HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE